

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2019

No. 04-19-00650-CR

**IN RE** Henry Gerald **VICHIQUE**

Original Mandamus Proceeding[1]

**ORDER**

On September 20, 2019, relator filed a pro se petition for writ of mandamus complaining of the trial court's decision to deny him a hearing on his "petition." This court concludes relator is not entitled to the relief sought and the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 2, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2019.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. CC616922, styled *The State of Texas v. Henry Gerald Vichique*, pending in the County Court at Law No. 13, Bexar County, Texas, the Honorable Rosie S. Gonzalez presiding.